In the Matter of ALEXANDER NESHAMKIN, Appellant, against THE BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent.

Argued January 8, 1946; decided March 7, 1946.

**756**

*Stanley Ide La Cov* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Edward L. Ryan, Orrin G. Judd* and *Wendell P. Brown* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.